UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------:x
                                                            :
MORGAN & CURTIS ASSOCIATES, INC.,                           :
                                                            :
                        Plaintiff,                          :
                                                            :    1:14-cv-07987-VSB
            - v -                                           :
                                                            :
SOURCE MEDIA LLC D/B/A SOURCE                               :
MEDIA, INC.,                                                :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------:x


## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Morgan & Curtis Associates, Inc. ("Plaintiff") and Defendant SourceMedia, LLC ("Defendant"), through their respective counsel of record that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be, and is, dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against Defendant. Because no class has been certified in this case, the claims of the purported classes shall be, and are, dismissed WITHOUT PREJUDICE. Each party is to bear its own fees and costs.

Dated: January 15, 2016

| | |
|---|---|
| BELLIN & ASSOCIATES, LLC | HOGAN LOVELLS US LLP |
| By: _____ | By: _____ |
| Aytan Y. Bellin | Adam K. Levin |
| 85 Miles Ave. | Carolyn A. DeLone |
| White Plains, NY 10606 | 555 Thirteenth Street, NW |
| (914) 358-5345 | Washington, DC 20004 |

aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff Morgan & Curtis Associates, Inc.*

(202) 637-5600
adam.levin@hoganlovells.com
carrie.delone@hoganlovells.com

Mitchell E. Zamoff
80 South Eighth Street, Suite 1225
Minneapolis, MN 55403
(612) 402-3000
mitch.zamoff@hoganlovells.com

Samuel L. Zimmerman
875 Third Avenue
New York, NY 10022
(212) 918-3000
samuel.zimmerman@hoganlovells.com

*Attorneys for Defendant SourceMedia, LLC*

**SO ORDERED:**

*[signature]*

HON. VERNON S. BRODERICK  1/19/2016
UNITED STATES DISTRICT JUDGE